IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-MJ-1029

IN RE: SEIZURE WARRANT FOR :
:
1988 Chevrolet Corvette :
VIN: 1G1YY2180J5109955 :

## ORDER UNSEALING APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Seizure Warrant sealed herein be unsealed.

This the 26 day of March, 2014.

_____
ROBERT B. JONES, JR.
United States Magistrate Judge